IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WEAVER COOKE CONSTRUCTION, LLC, | ) | |
| Appellant, | ) ) ) | |
| v. | ) ) | No.: 5:14-CV-714-BR |
| HAMLIN ROOFING COMPANY, INC., | ) ) ) | |
| Appellee. | ) | |
| | | |
| HAMLIN ROOFING COMPANY, INC., | ) ) | |
| Appellant, | ) ) ) | |
| v. | ) ) ) | No.: 5:15-CV-525-BR |
| WEAVER COOKE CONSTRUCTION, LLC, | ) ) | |
| Appellee. | ) ) | |

**ORDER**

This matter is before the court on joint motion of the parties to consolidate the above cases. Pursuant to Bankruptcy Rule 8003(b)(2), the motion is ALLOWED. The time for Weaver Cooke Construction, LLC to file its reply brief in Case No. 5:14-cv-714-BR is hereby enlarged to the same date that it would be required to file its appellee brief in Case No. 5:15-cv-525-BR. All future filings shall be in Case No. 5:14-cv-714-BR <u>only</u>. The Clerk is DIRECTED to close Case No. 5:15-cv-525-BR.

This 23 October 2015.

          W. Earl Britt
          Senior U.S. District Judge