UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Weaver Cooke Construction, LLC,  )
                                )
        Appellant/Cross-Appellee,  )
                                )      **JUDGMENT**
                                )
Hamlin Roofing Company, Inc.  )      No. 5:14-CV-714-BR
                                )
        Appellee/Cross-Appellant.  )
                                )

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the bankruptcy court's 26 September 2014 order is AFFIRMED IN PART and REVERSED IN PART. The court ADOPTS the bankruptcy court's 21 September 2015 recommendation and CERTIFIES that order as final for purposes of appeal. That order is AFFIRMED IN PART and REVERSED IN PART. This matter is REMANDED for further proceedings and with direction to the bankruptcy court to enter summary judgment in HRCI's favor on Weaver Cooke's negligence claim.

**This judgment filed and entered on March 23, 2017, and served on:**

Joseph P. Gram (via CM/ECF Notice of Electronic Filing)
Kelli E Goss (via CM/ECF Notice of Electronic Filing)
Luke J. Farley (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III (via CM/ECF Notice of Electronic Filing)
Brian J. Schoolman (via CM/ECF Notice of Electronic Filing)

March 23, 2017

PETER A. MOORE, JR, CLERK OF COURT
_____
By: Deputy Clerk